IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CASSIE A. MAYERS**                                                           **PLAINTIFF**

**v.**                      **CASE NO. 4:12CV00750 BSM**

**WEHCO VIDEO INC.**                                                 **DEFENDANT**

## ORDER

Pursuant to the parties' stipulation [Doc. No. 10], this case is hereby dismissed with prejudice, with each party to bear its own fees and costs.

IT IS SO ORDERED this 13th day of February 2014.

                                                                                   _____
                                                                                     UNITED STATES DISTRICT JUDGE