IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CASSIE A. MAYERS**                                                                                         **PLAINTIFF**

v.                                          **CASE NO. 4:12CV00750 BSM**

**WEHCO VIDEO INC.**                                                                                      **DEFENDANT**

## JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed with prejudice.

IT IS SO ORDERED this 13th day of February 2014.

_____
UNITED STATES DISTRICT JUDGE